IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Professor Amos's Wonder Products And Network 1,000,000 Inc., aka Professor Amos Wonder Products, Inc., aka PA Wonder Products 23−2899643

Bankruptcy Case No.: 10−25300−TPA

Chapter: 11

Docket No. ___6___

Debtor.

Professor Amos's Wonder Products And Network 1,000,000 Inc.,

Movant,

vs.

No Respondent.

## ORDER OF COURT

Upon consideration of Debtor's Motion for Reconsideration of Order of Court Dismissing Case Without Prejudice for Failure to File List of 20 Largest Unsecured Creditors It is hereby, ORDERED, ADJUDGED and DECREED that Debtor's Motion is GRANTED. The Court's Order of July 27, 2010 dismissing this case is vacated, Debtor's List of 20 Largest Unsecured Creditors as attached to its Motion for Reconsideration is deemed filed, and this Chapter 11 case is deemed filed as of July 26, 2010 with Debtor's filing of its Voluntary Chapter 11 Petition.

Date: July 29, 2010

_____
United States Bankruptcy Court Judge

dmr

Case Administrator to serve:
Robert M. Owsiany, Esq.
Professor Amos's Wonder Products and Network 1,000,000, Inc.
Office of the United States Trustee